JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHONG GU, | EDCV 23-1116 PA (KKx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Pursuant to this Court's October 26, 2023, Minute Order granting the Motion to Dismiss filed by United States Citizenship and Immigration Services ("USCIS"), Alejandro Mayorkas, Secretary of the Department of Homeland Security, Ur Mendoza Jaddou, Director of USCIS, and Alissa Emmel, Chief of USCIS' Immigrant Investor Program Office (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action commenced by plaintiff Junhong Gu ("Plaintiff") is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants have their costs of suit.

DATED: October 26, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE